

| | | | | |
|---|---|---|---|---|
| T.S. v. D.S. | 53A01–1608–PO–1817 | 04/28/2017 | KIRSCH, J.<br>ROBB, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Robinson v. State | 45A04–1612–CR–2871 | 04/28/2017 | PYLE, J.<br>MAY, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Davis v. State | 84A01–1609–CR–2237 | 04/28/2017 | BROWN, J.<br>MAY, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| J.N.S., Matter of | 28A05–1611–JT–2682 | 04/28/2017 | PYLE, J.<br>MAY, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Henderson v. State | 73A05–1609–CR–2130 | 04/28/2017 | CRONE, J.<br><br>BAKER, J.<br>BARNES, J. | Affirmed and Remanded<br>Concurs<br>Concurs |
| Hippensteel v. State | 82A01–1612–CR–2858 | 04/28/2017 | BROWN, J.<br>MAY, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Linzy v. State | 84A01–1611–CR–2614 | 04/28/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Ward v. State | 84A05–1611–CR–2714 | 04/28/2017 | PYLE, J.<br>MAY, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |